# Court of Appeals, State of Michigan

## ORDER

People of MI v Christian Andrew Gardner

Docket No. 350756

LC No. 18-006144-01-FC

Anica Letica
Presiding Judge

Mark J. Cavanagh

Karen M. Fort Hood
Judges

The April 29, 2021 majority opinion is hereby AMENDED to correct a clerical error. In the first paragraph of Section II, on page two of the opinion, the second sentence is amended to read: "We agree."

In all other respects, the April 29, 2021 majority opinion remains unchanged.

_Anica Letica_
Presiding Judge

A true copy entered and certified by Jerome W. Zimmer Jr., Chief Clerk, on

May 10, 2021
Date

Chief Clerk